IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAUL ELGIN BASHFORD                                                                PLAINTIFF

v.                                    No. 3:15-cv-183-DPM-JTR

BRETT DUNCAN, Administrator,
Craighead County Jail; BENTLEY, Doctor,
Craighead County Jail; and CHASITY JACKSON,
Nurse, Craighead County Jail                                                       DEFENDANTS

ORDER

Bashford hasn't paid the filing fee, filed an application to proceed *in forma pauperis*, or provided the Clerk with his current mailing address. The time to do so has passed. № 2. This case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 August 2015