IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAUL ELGIN BASHFORD                                              PLAINTIFF

v.                          No. 3:15-cv-183-DPM

BRETT DUNCAN, Administrator,
Craighead County Jail; BENTLEY, Doctor,
Craighead County Jail; and CHASITY JACKSON,
Nurse, Craighead County Jail                                     DEFENDANTS

JUDGMENT

Bashford's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 August 2015